

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|   |   |   |
|---|---|---|
| IN RE | § | No. 08-18-00104-CV |
| | § | |
| JACQUELINE DeWEES, | | An Original Proceeding |
| INDEPENDENT EXECUTRIX OF | § | |
| THE ESTATE OF BLANCA S. | | in Mandamus |
| ROHLING, | § | |
| | | |
| RELATOR. | § | |

## <u>MEMORANDUM OPINION</u>

Relator, Jacqueline DeWees, Independent Executrix of the Estates of Blanca S. Rohling, has filed a mandamus petition against the Honorable Eduardo Gamboa, Judge of the Probate Court No. 2 of El Paso County, Texas. Relator asks that we order Respondent to vacate an order granting a new trial, dismiss James Rohling as a party to the underlying case for lack of standing, and vacate the probate court's order requiring the independent executrix to post a corporate surety bond in cause number 2017-CPR00728, styled *In the Matter of the Estate of Blanca S. Rohling, Deceased.* The petition for writ of mandamus is denied.

To be entitled to mandamus relief, a relator generally must meet two requirements. First, the relator must show that the trial court clearly abused its discretion. *In re Prudential Insurance Company of America*, 148 S.W.3d 124, 135 (Tex. 2004). Second, the relator must demonstrate that there is no adequate remedy by appeal. *Id*. at 136. Having reviewed the mandamus petition and record, we conclude that Relator has failed to establish she is entitled to mandamus relief.

Accordingly, the petition for writ of mandamus is denied.

June 22, 2018

YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rodriguez, and Palafox, JJ.